IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES JEMISON, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:08cv714-WHA |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

On February 27, 2009 (Doc. No. 27), the petitioner filed a "Motion for Copy of Docket Without Cost." In this motion, the petitioner requests a copy of the docket sheet so that he can determine the docket entry number of the transcript of his sentencing hearing, which the petitioner says he is in need of. In addition, the petitioner asks that he be allowed to proceed *in forma pauperis* in this action.

The petitioner is advised that a copy of his sentencing hearing is contained in "Exhibit D" attached to the government's response to his § 2255 motion. The government's response (Doc. No. 23) was filed on January 22, 2009, and it contains a certificate of service indicating that it was mailed to the petitioner on that same date. Accordingly, and for good cause, it is

**ORDERED** that the "Motion for Copy of Docket Without Cost" (Doc. No. 27) is DENIED at this time. The petitioner is further advised that if he has not received a copy of the government's response to his § 2255 motion, or if his sentencing transcript has not been

included as an exhibit attached to the government's response, he should notify this court on or before March 16, 2009, at which time the court will take steps to ensure that the petitioner receives a complete copy of the government's response and all exhibits attached thereto.

Done this 2nd day of March, 2009.

        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE