IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES JEMISON, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:08cv714-WHA |
| | ) | |
| UNITED STATES OF AMERICA | ) | (WO) |
| | ) | |
| Respondent. | ) | |

# FINAL JUDGMENT

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Respondent, United States of America, and against the Petitioner, James Jemison, Jr., and this case is DISMISSED.

DONE this 14th day September, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE